**Order entered August 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00354-CV

### THE ACCOUNTS RETRIEVABLE SYSTEM, INC. ASSIGNEE OF CHASE MANHATTAN BANK USA, N. A. SUCCESSOR IN INTEREST TO BANK ONE DELAWARE, N.A., Appellant

### V.

### WEI CHIN LIN AND BANK OF AMERICA, N.A., Appellees

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-18-03587-B

## ORDER

The Court questioned its jurisdiction over this appeal as it appeared appellee Bank of America, N.A.'s request for attorney's fees remains pending and the trial court did not sign an order on the agreed motion for nonsuit filed by appellant and Bank of America. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (generally, appellate courts have jurisdiction only over appeals from final judgments). As requested, appellant filed a letter addressing the Court's concern. In its letter brief, appellant asks that, if the Court determines the order is not final, that we abate this appeal and "instruct the trial court to sign a final order granting" the agreed motion for nonsuit.

We treat appellant's notice of appeal as prematurely filed. *See* TEX. R. APP. P. 27.1(a). Appellant has thirty days from the date of this order to obtain an order on the agreed motion for nonsuit. If the trial court signs such an order, appellant shall have filed a supplemental clerk's record containing the order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Melissa Bellan, Presiding Judge of County Court at Law No. 2, and all parties.

We **ABATE** this appeal. The appeal will be reinstated in thirty-five days from the date of this order.


/s/     BILL WHITEHILL
           JUSTICE